PETER P. KARLEY, Appellant, v. LEWIS HENDERSON, Doing Business as the STATE DETECTIVE BUREAU, and JOHN J. O'CONNELL, Respondents.— Order

affirmed, without costs of this appeal to any party. Time to serve a bill of particulars is extended twenty days after service of a copy of the order entered herein. All concur. (The order grants a motion of defendant O'Connell to compel plaintiff to serve a bill of particulars, or, in the alternative, be precluded from testifying as to facts not covered by the bill of particulars, in an action to recover for services performed.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.